# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
| | NOVEMBER 2017 GRAND JURY<br>(Impaneled 11/03/2017) |
| **THE UNITED STATES OF AMERICA** | INDICTMENT |
| *-vs-* | Violations:<br>Title 18, United States Code,<br>Sections 875(c) and 2261A(2)<br>(2 Counts) |
| **MARK BIENIEK** | |

### COUNT 1
### (Cyberstalking)

The Grand Jury Charges That:

Between on or about January 25, 2018, and on or about February 19, 2018, in the Western District of New York, and elsewhere, the defendant, **MARK BIENIEK**, with the intent to kill, injure, harass, and intimidate another person, that is, Victim 1, a person known to the Grand Jury, and in violation of a protection order as defined in Title 18, United States Code, Section 2266, did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 1 in reasonable fear of the death of, and serious bodily injury to, Victim 1 and Victim 2, a person known to the Grand Jury, an intimate partner of Victim 1; and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

All in violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), 2261(b)(5), and 2261(b)(6).

## COUNT 2
### (Interstate Communications of Threats to Injure)

The Grand Jury Further Charges That:

Between on or about January 25, 2018, and on or about February 19, 2018, in the Western District of New York, and elsewhere, the defendant, **MARK BIENIEK**, did knowingly and willfully transmit in interstate and foreign commerce, from the State of Texas to the State of New York, communications to Victim 1, a person known to the Grand Jury, and the communications contained threats to injure Victim 1 and Victim 2, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, March 14, 2018.

JAMES P. KENNEDY, JR.
United States Attorney

BY: S/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov

A TRUE BILL:

S/FOREPERSON

2